## Commonwealth *v.* McKnight, Appellant.

Argued March 18, 1963. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Robert McKnight,* appellant, in propria persona, submitted a brief.

*Burton Satzberg,* Assistant District Attorney, with him *Arlen Specter,* Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for Commonwealth, appellee.

OPINION BY FLOOD, J., April 18, 1963:

In *Commonwealth v. Meehan,* 409 Pa. 616, 187 A. 2d 579 (1963), the Supreme Court granted a new trial to the present appellant's co-defendant Meehan because of the potentiality of harm to him arising from the fact that he and McKnight were represented by the same counsel although there was a serious conflict of interest between them as set forth in the dissenting opinion in *Commonwealth v. Meehan,* 198 Pa. Superior Ct. 558, at p. 567, 182 A. 2d 212, at p. 217 (1962). For similar reasons a new trial is required for McKnight also.

The judgment is reversed and a new trial is ordered.